Robert J. Cassity
Nevada Bar No. 9779
Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
Caitlan J. Bohn
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
jgwent@hollandhart.com
srgambee@hollandhart.com
cjbohn@hollandhart.com

Timothy P. Getzoff (*admitted Pro Hac Vice*)
**HOLLAND & HART LLP**
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-2700
Fax: (303) 975-5348
E-mail: tgetzoff@hollandhart.com

*Attorneys for Energy Enhancement
System, LLC*

**HOLLAND & HART LLP**
**9555 HILLWOOD DRIVE, 2ND FLOOR**
**LAS VEGAS, NV 89134**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENERGY ENHANCEMENT SYSTEM, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE LIGHT SYSTEM, INC., a Connecticut corporation; JASON SHURKA, an individual; DOES I-X; and ROE CORPORATIONS XI-XX,<br><br>Defendants. | Case No. 3:26-cv-00163-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES UNDER THE LANHAM ACT'S EXCEPTIONAL CASE DOCTRINE PURSUANT TO 15 U.S.C. §1117(A)**<br><br>**(FIRST REQUEST)** |

Plaintiff Energy Enhancement System, LLC ("EES" or "Plaintiff"), by and through its

undersigned counsel, and Defendants Jason Shurka ("Shurka") and The Light System, Inc.

("TLS") (collectively, "Defendants") by and through their undersigned counsel of record, hereby

stipulate and agree to extend the deadline for Plaintiffs to file their Response Brief to Defendants'

1

Motion for Attorney's Fees Under the Lanham Act's Exceptional Case Doctrine Pursuant to 15 U.S.C. §1117(A) filed herein (the "Motion"). This is Plaintiff's first request to extend the deadline for its Response Brief.

Plaintiff seeks this one-week extension due to several members of Plaintiff's counsel being out-of-state when Defendants' Motion was filed and will be out-of-state during the response period. This Stipulation is made in good faith and not in an attempt to delay proceedings but rather is made to accommodate the schedules of counsel and client in preparing a response to the Motion.

Defendants' Motion was filed herein on April 16, 2026 (ECF No. 48), making Plaintiff's Response Brief due April 30, 2026. Based on the foregoing, the parties stipulate that the deadline for Plaintiff to file its Response Brief shall be extended by a period of one (1) week and shall now be due on May 7, 2026.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2

Defendants' deadline to file and serve any Reply in support of their Motion is seven days after service of Plaintiff's response. LR 7-2(b).

DATED this 27th day of April 2026.

**HOLLAND & HART LLP**

/s/ Sydney R. Gambee
ROBERT J. CASSITY (NV Bar No. 9779)
JOSEPH G. WENT (NV Bar No. 9220)
SYDNEY R. GAMBEE (NV Bar No. 14201)
CAITLAN J. BOHN (NV Bar No. 16585)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Energy Enhancement System, LLC, Michael Bertolacini, and Dr. Sandra Rose Michael, DNM*

DATED this 27th day of April 2026.

**GREENBERG TRAURIG, LLP**

/s/ Steve Shevorski
STEVE SHEVORSKI (NV Bar No. 8256)
TYLER STEVENS (NV Bar No. 16325)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Jason Shurka, UNIFYD World, Inc., UNIFYD Healing, UNIFYD TV*

## ORDER

**IT IS SO ORDERED.**

DATED this 28th day of April, 2026.



Submitted by:
**HOLLAND & HART LLP**

/s/ Sydney R. Gambee
ROBERT J. CASSITY (NV Bar No. 9779)
JOSEPH G. WENT (NV Bar No. 9220)
SYDNEY R. GAMBEE (NV Bar No. 14201)
CAITLAN J. BOHN (NV Bar No. 16585)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Energy Enhancement System, LLC, Michael Bertolacini, and Dr. Sandra Rose Michael, DNM*

37676003_v1

3

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134